■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PASS, Appellant. [700 NYS2d 834] —Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered January 13, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6½ to 13 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility.

We perceive no abuse of sentencing discretion and conclude that the sentence was not based on any improper criteria. Concur—Nardelli, J. P., Ellerin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DEJESUS, Appellant. [702 NYS2d 54] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered September 26, 1997, convicting defendant, upon his plea of guilty, of attempted murder in the second degree and assault in the first degree, and sentencing him, as a second violent felony offender, to concurrent terms of 12 years, unanimously affirmed.

The record, read as a whole, establishes a valid, comprehensive waiver of the right to appeal, which forecloses review of defendant's excessive sentence claim (*People v Seaberg*, 74 NY2d 1, 9-10). In any event, we perceive no abuse of sentencing discretion in this vicious crime committed while defendant was on parole for another violent crime. Concur—Nardelli, J. P., Ellerin, Saxe and Buckley, JJ.